**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| HOWARD C. HUGHES, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | )   No. 3:15-CV-1230-P |
| | ) |
| INSTITUTE OF APPLIED TECHNOLOGY, | ) |
| | ) |
| Defendant. | ) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Accordingly, pursuant to Fed. R. Civ. P. 41(b), the Court dismisses this action without prejudice to Plaintiff refiling it in a jurisdiction with some connection to its subject matter.

**SIGNED this 20th day of April, 2016.**

_____
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**